```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 37446
   TERRY W NORRIS
   GLORIA J NORRIS                                  CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-7059     SSN XXX-XX-8509

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/08/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/16/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
EMC MORTGAGE CORP          CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE SERVICE     NOTICE ONLY     NOT FILED          .00            .00
EMC MORTGAGE CORP          MORTGAGE ARRE   21361.57          .00       21361.57
IL STATE DISBURSEMENT UN   PRIORITY         2656.79          .00        2411.41
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00            .00
ATLANTIC MGMT/THORN CREE   UNSECURED       NOT FILED          .00            .00
ATLANTIC MGMT THORNCREEK   NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        6723.70          .00            .00
ORAL & MAXILLOFACIAL SUR   UNSECURED         185.00          .00            .00
PAYDAY LOAN SERVICE        UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED        1400.44          .00            .00
PROVIDIAN                  NOTICE ONLY     NOT FILED          .00            .00
RUSELL H GERSCH DDS        UNSECURED       NOT FILED          .00            .00
RUSSELL H GERTSCH          NOTICE ONLY     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         449.94          .00            .00
AMERITECH                  NOTICE ONLY     NOT FILED          .00            .00
VILLAGE OF FOREST PARK     UNSECURED        2000.00          .00            .00
VILLAGE OF PARK FOREST     NOTICE ONLY     NOT FILED          .00            .00
VILLAGE OF RICHTON PARK    UNSECURED       NOT FILED          .00            .00
VILLAGE OF RICHTON PARK    NOTICE ONLY     NOT FILED          .00            .00
ORAL & MAXILLOFACIAL SUR   UNSECURED         105.47          .00            .00
FRANKS AUTO SALES          SECURED              .00          .00            .00
IL STATE DISBURSEMENT UN   UNSECURED        7517.86          .00            .00
STUART B HANDELMAN         DEBTOR ATTY     2,492.00                     2,492.00
TOM VAUGHN                 TRUSTEE                                      1,619.02
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  27,884.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 37446 TERRY W NORRIS & GLORIA J NORRIS
```

```
PRIORITY                                                  2,411.41
SECURED                                                  21,361.57
UNSECURED                                                      .00
ADMINISTRATIVE                                            2,492.00
TRUSTEE COMPENSATION                                      1,619.02
DEBTOR REFUND                                                  .00
                                   ---------------   ---------------
TOTALS                                   27,884.00         27,884.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
 Dated: 07/22/08                    /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 37446 TERRY W NORRIS & GLORIA J NORRIS